

FILED
6/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION 1:26-cr-00329

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | |
| FREDERICK CHARLES RASMASON IV, a/k/a "Charles" or "Charlie" | |

Judge Martha M. Pacold
Magistrate Judge Jeannice W. Appenteng
RANDOM / Cat. 4

Violations: Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(a)(5)(B) and (b)(2).

## COUNT ONE

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about October 29, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDERICK CHARLES RASMASON IV, a/k/a
"Charles" or "Charlie",

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled, "XHSP2046.mp4," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

1

## COUNT TWO

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about December 21, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDERICK CHARLES RASMASON IV, a/k/a
"Charles" or "Charlie",

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled, "GUVL6018.mp4," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about December 31, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDERICK CHARLES RASMASON IV, a/k/a
"Charles" or "Charlie",

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled, "LMNM5042.mp4," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

3

## COUNT FOUR

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about January 4, 2026, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDERICK CHARLES RASMASON IV, a/k/a
"Charles" or "Charlie",

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled, "UAPT8438.mp4," "LHCP2999.mp4," and "LTPQ7619.mp4," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

4

## COUNT FIVE

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about January 9, 2026, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDERICK CHARLES RASMASON IV, a/k/a
"Charles" or "Charlie",

defendant herein, knowingly possessed material, namely, an Apple iPhone 17 Pro Max, bearing serial number GT42YG3Q74, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The SEPTEMBER 2025 GRAND JURY further alleges:

1.     Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America any property, real or personal, which contains a visual depiction described in Title 18, United States Code, Section 2252A; any property constituting or traceable to gross profits or other proceeds obtained from such an offense; and any property used or intended to be used to commit or to promote the commission of such offense, as provided by Title 18, United State Code, Sections 2253(a).

2.     The property to be forfeited includes, but is not limited to, the following: an Apple iPhone 17 Pro Max, bearing serial number GT42YG3Q74.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

6